1 | Irene Karbelashvili, State Bar Number 232223
Law Office of Irene Karbelashvili
2 | 12 South First Street, Suite 413
San Jose, CA 95113
3 | Telephone: (408) 295-0137
4 | Fax: (408) 295-0142

5 | Attorney for ALEKSEY NECHITAYLO, Plaintiff

6 |
7 | CRIS C. VAUGHAN, State Bar Number 99568
VAUGHAN & ASSOCIATES
8 | 6207South Walnut Street, Suite 800
Loomis, CA 95650
9 | Telephone: (916) 660-9401
Fax: (916) 660-9378

10 |
11 | Attorney for CRICKET'S KITCHEN, INC., a California corporation, d/b/a CRICKET
COUNTRY KITCHEN, BARBARA H. BELLINA, TRUSTEE OF PERSONAL TRUST,
12 | Defendants

13

14 | **UNITED STATES DISTRICT COURT**

15 | **EASTERN DISTRICT OF CALIFORNIA**

16

17 | ALEKSEY NECHITAYLO        )   **Case No. 2:13-CV-00951-TLN-DAD**
                Plaintiff,    )
18 |                          )   *Civil Rights*
19 | vs.                       )
                              )   **STIPULATION AND ORDER TO**
20 | CRICKET'S KITCHEN, INC., a California )   **EXTEND TIME FOR JOINT**
corporation, d/b/a CRICKET COUNTRY )   **STATUS REPORT**
21 | KITCHEN, BARBARA H. BELLINA,  )
TRUSTEE OF PERSONAL TRUST, and )
22 | DOES 1-20 inclusive,      )
23 |                Defendants. )
                              )
24 |        .

25

26

27

28

# STIPULATION

Plaintiff ALEKSEY NECHITAYLO and Defendants CRICKET'S KITCHEN, INC., d/b/a CRICKET COUNTRY KITCHEN, and BARBARA H. BELLINA, TRUSTEE OF PERSONAL TRUST, by and through their attorneys of records, hereby stipulate to extend time for submitting a joint status report as required by the Court's May 14, 2013 Order to August 20, 2013.

**IT IS SO STIPULATED.**

Dated:                                        By:     /s/ Irene Karbelashvili
                                              Irene Karbelashvili, Attorney for Plaintiff
                                              ALEKSEY NECHITAYLO

Dated:                                        VAUGHAN & ASSOCIATES

                                              By:     /s/ Cris C. Vaughan
                                              Cris C. Vaughan, Attorney for CRICKET'S
                                              KITCHEN, INC., d/b/a CRICKET COUNTRY
                                              KITCHEN and BARBARA H. BELLINA,
                                              TRUSTEE OF PERSONAL TRUST

# FILER'S ATTESTATION

Pursuant to Local Rule 131(e), I hereby attest that on August 16, 2013, I, Irene Karbelashvili, received the concurrence of Cris C. Vaughan in the filing of this document

                                              By:            /s/ Irene Karbelashvili
                                                     IRENE KARBELASHVILI

# ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

The time for submitting the Joint Status Report required by the Court's May 14, 2013 Order is extended to August 20, 2013.

Dated: August 19, 2013

_____
Troy L. Nunley
United States District Judge