Irene Karbelashvili, State Bar Number 232223
Law Office of Irene Karbelashvili
12 South First Street, Suite 413
San Jose, CA 95113
Telephone: (408) 295-0137
Fax: (408) 295-0142

Attorney for ALEKSEY NECHITAYLO, Plaintiff

CRIS C. VAUGHAN, State Bar Number 99568
VAUGHAN & ASSOCIATES
6207 South Walnut Street, Suite 800
Loomis, CA 95650
Telephone: (916) 660-9401
Fax: (916) 660-9378

Attorney for CRICKET'S KITCHEN, INC., a California corporation, d/b/a CRICKET COUNTRY KITCHEN, BARBARA H. BELLINA, TRUSTEE OF PERSONAL TRUST, Defendants

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEKSEY NECHITAYLO<br>　　　　　Plaintiff,<br><br>vs.<br><br>CRICKET'S KITCHEN, INC., a California corporation, d/b/a CRICKET COUNTRY KITCHEN, BARBARA H. BELLINA, TRUSTEE OF PERSONAL TRUST, and DOES 1-20 inclusive,<br>　　　　　Defendants. | **Case No. 2:13-CV-00951-TLN-DAD**<br><br>*Civil Rights*<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR JOINT STATUS REPORT** |

## STIPULATION

Plaintiff ALEKSEY NECHITAYLO and Defendants CRICKET'S KITCHEN, INC., d/b/a CRICKET COUNTRY KITCHEN, and BARBARA H. BELLINA, TRUSTEE OF PERSONAL TRUST, by and through their attorneys of records, hereby stipulate to extend time for submitting a joint status report as required by the Court's May14, 2013 Order to August 20, 2013.

**IT IS SO STIPULATED.**

Dated:                          By:    /s/ Irene Karbelashvili
                                          Irene Karbelashvili, Attorney for Plaintiff
                                          ALEKSEY NECHITAYLO

Dated:                          VAUGHAN & ASSOCIATES

                                          By:    /s/ Cris C. Vaughan
                                          Cris C. Vaughan, Attorney for CRICKET'S KITCHEN, INC., d/b/a CRICKET COUNTRY KITCHEN and BARBARA H. BELLINA, TRUSTEE OF PERSONAL TRUST

## FILER'S ATTESTATION

Pursuant to Local Rule 131(e), I hereby attest that on August 16, 2013, I, Irene Karbelashvili, received the concurrence of Cris C. Vaughan in the filing of this document

                                          By:            /s/ Irene Karbelashvili
                                          IRENE KARBELASHVILI

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

The time for submitting the Joint Status Report required by the Court's May 14, 2013 Order is extended to August 20, 2013.

Dated: August 19, 2013

Troy L. Nunley
United States District Judge